No. 98–7212.  PATTON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 98–7214.  BARREN v. HARRINGTON ET AL.  C. A. 9th Cir. Certiorari denied.

No. 98–7215.  ARNETT v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY.  C. A. 7th Cir.  Certiorari denied.

No. 98–7216.  ISMAIL v. SHIPLEVY, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 98–7217.  BRIDGEFORTH v. FIELDS, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 98–7218.  BONDS v. KOONTZ ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 98–7228.  ESPARZA v. ROLLINS, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–7230.  CONTURSI v. CIVIL SERVICE COMMISSION ET AL. Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 98–7232.  LEONARD v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 98–7234.  LEFKOWITZ v. CITI-EQUITY GROUP, INC.  C. A. 8th Cir.  Certiorari denied.

No. 98–7235.  McCLASKIE v. WEST VIRGINIA.  Cir. Ct. Kanawha County, W. Va.  Certiorari denied.

No. 98–7240.  KANJORSKI v. CITY OF SATELLITE BEACH ET AL. C. A. 11th Cir.  Certiorari denied.

No. 98–7241.  LYLE v. SMITH ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 98–7242.  WALKER v. MISSOURI.  Ct. App. Mo., Eastern Dist.  Certiorari denied.